## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                           **Plaintiff**

**v.**                  **Case No.: 4:25–mj–00218–ERE**

**Louis F Hicks**                                                      **Defendant**

### NOTICE OF HEARING

    PLEASE take notice that a Initial Appearance has been set in this case for September 10, 2025, at 02:30 PM before Magistrate Judge Edie R. Ervin in Little Rock Courtroom 389 in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** September 9, 2025                    AT THE DIRECTION OF THE COURT
                                                TAMMY H. DOWNS, CLERK

                                                **By:** Melanie M. Beard, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas