**Melanie Beard**

**To:** MOEDml_MDL_Clerks
**Subject:** Rule 5 (c)(3)-US v Louis F Hicks-(Case No. 1:25CR110 SNLJ-ACL)
**Attachments:** cert-Hicks docket sheet transfer out.pdf

Good afternoon, attached is a copy of the certified docket sheet for ARED No: 4:25MJ00218-ERE regarding EDMO Case No. (Case No. 1:25CR110 SNLJ-ACL) as to Louis F. Hicks. Any other document needed can be downloaded directly from PACER. Thank you.



1